**Motion Granted; Order filed May 24, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00269-CV
_____

**MICHAEL SCOTT, Appellant**

**V.**

**FURGAN ALI, Appellee**

___

On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCV-163223

___

# O R D E R

The clerk's record was filed April 9, 2012. Appellant filed a motion stating that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellant's motion to retain filed December 5, 2011.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before June 29, 2012, containing appellant's motion to retain filed December 5, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM